E-FILED
Tuesday, 25 August, 2020 E-FILED PM
Wednesday, 29 July, 2020 02:49:27 PM
Clerk, U.S. District Court, ILCD

☐ Original   ☐ Duplicate Original

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )   Case No.  20-MJ-7102 |
| **Information Associated With Google User Accounts** | ) |
| **Swambash@gmail.com & Brianrlewis78@gmail.com,** | ) |
| **more particularly described on Attachment A** | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

**Information Associated With Google User Accounts Swambash@gmail.com and Brianrlewis78@gmail.com, more particularly described on Attachment A which is attached hereto and made a part hereof, that is stored at premises controlled by Google, 1600 Amphitheatre Parkway, Mountain View, California  94043**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**See Attchment B**

**YOU ARE COMMANDED** to execute this warrant on or before    August 11, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Eric I. Long, U.S. Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    07/29/2020        1:20 p.m.        s/Eric Long

City and state:    Monticello, IL        Eric I. Long, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>20-MJ-7102 | Date and time warrant executed:<br>*July 29TH 2020 1521* | Copy of warrant and inventory left with:<br>*GOOGLE INC.* |
| Inventory made in the presence of :<br>*TFO TODD KOESTER* | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

    1.) .zip File 3898665-20200803-1.zip 10.4 MB in size
    2.) Letter 3898665.pdf (certificate) 237KB in size

| **Certification** |
|---|

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: *August 10, 2020*

s/Ronald Borowczyk

_____
*Executing officer's signature*

*RONALD A. BOROWCZYK TFO*
*Printed name and title*